UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHESTRA,<br>Petitioner<br>v.<br>F. VASQUEZ, Warden,<br>Respondent. | Case No. CV 19-02704-RSWL (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Denying Request And Dismissing Action Without Prejudice,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATED: 4-16-2019            s/ RONALD S.W. LEW

                                                         RONALD S.W. LEW
                                                         UNITED STATES DISTRICT JUDGE